UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          :
                                   :
          Plaintiff,               :
                                   :
v.                                 :          Case No.  8:06cr-201-T-27EAJ
                                   :
IVAN SALDANA-GERRERO,              :
                                   :
          Defendant.               :
_____   :

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the

United States for a Final Judgment of Forfeiture for the following property:

  a)     $4,763.24 in United States currency;

  b)     700 Mexican Pesos; and

  c)     2000 Ford E350 van, VIN No.: 1FBSS31S4YHB04030

  1.     On October 12, 2006, the United States filed a Motion for Entry of a

Preliminary Order of Forfeiture, seeking forfeiture of defendant Ivan Saldana-

Gerrero's interest in the $4,763.24 in United States currency, 700 Mexican Pesos

and 2000 Ford E350 van, pursuant to the provisions of  18 U.S.C. § 982(a)(6).

(Doc. 19).

  2.     On October 15, 2006, the Court granted the United States'

motion and entered the Preliminary Order of Forfeiture (Doc. 20), forfeiting to the

United States of America all right, title, and interest of defendant Ivan Saldana-

Gerrero.

3.      In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *Hernando Times (Hernando and Tampa Classified)*, a newspaper of general circulation in Hillsborough County, Florida and Hernando County, Florida on October 30, 2006, November 6, 2006 and November 13, 2006 (Docs. 26 and 27).  The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida,Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

4.      On October 16, 2006, defendant Ivan Saldana-Gerrero was sentenced at a hearing before United States District Judge James D. Whittemore, and the forfeiture was included in the Judgment.  (Docs. 21 and 23).

5.      No persons or entities, other than the defendant Ivan Saldana-Gerrero, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the subject property.  No third party other than the defendant has filed a Petition to Adjudicate Interest in the subject properties to date, and the time for filing such Petition has expired.

6.      The Court finds that the subject property is the property of defendant Ivan Saldana-Gerrero.

**Motion for Entry of a Final Judgment of Forfeiture - Page 2**

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED.  It is FURTHER ORDERED that all right, title and interest in the following property are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 982(a)(6) and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law.

a)      $4,763.24 in United States currency;

b)      700 Mexican Pesos; and

c)      2000 Ford E350 van, VIN No.: 1FBSS31S4YHB04030

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this ___19___ day of __December__, 2006.

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies to:   Tonya L. Shotwell,  AUSA
             Attorney of Record

**Motion for Entry of a Final Judgment of Forfeiture - Page 3**